IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RITA STRINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE No.: 3:16-cv-00078-DRH |
| ) | |
| ) | |
| ) | |
| BLAKELY SHEET METAL, LLC; & ) | |
| JOSEPH D. YAEKEL ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MEMORANDUM TO COURT REQUESTING
MATTER BE PASSED FOR SETTLEMENT**

COMES NOW Plaintiff Rita Stringer (hereinafter "Plaintiff") by and through her attorneys and for her Memorandum to this Court Requesting Matter be Passes for Settlement and states to this Honorable Court as follows:

1. The parties have reached a tentative settlement agreement in this case.

2. The proposed settlement agreement will resolve all claims between all parties.

3. Defendants' counsel is currently out of the state on vacation and requested Plaintiff's counsel notify the Court of the tentative settlement agreement.

4. This matter is currently scheduled for a settlement conference on Friday, April 28, 2017. In addition, this Court has entered several scheduling order with deadlines and a trial date.

5. The parties request that all the scheduling orders and deadlines in this matter be vacated.

WHEREFORE, Plaintiff prays that that Court enter and order vacating all scheduling order and pass this matter for settlement, or for any further relief this Court deems just and proper under the circumstances.

Respectfully Submitted,

THE CAGLE LAW FIRM

By: /s/Zane Cagle
Zane Cagle - IL#6281680
500 North Broadway, Suite 1605
St. Louis, MO 63102
Phone: (314) 241-1700
Fax: (314) 241-1738
*Attorney for Plaintiff*

## CERTIFCATE OF SERVICE

The undersigned certifies that on April 19, 2017, the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/Zane Cagle
Zane Cagle - IL#6281680