# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RITA STRINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE No.: 3:16-cv-00078-DGW |
| | ) |
| | ) |
| BLAKELY SHEET METAL, LLC; & | ) |
| JOSEPH D. YAEKEL | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, RITA STRINGER, by attorneys, THE CAGLE LAW FIRM, and Defendants, BLAKELY SHEET METAL, LLC & JOSEPH D. YAEKEL, by attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP and stipulate and agree that the above and foregoing cause of action of the plaintiff be dismissed with prejudice pursuant to settlement, costs paid by each party.

Dated this __18__ day of ____May____, **2017**.

BY: _/s/ Zane T. Cagle_____         BY:____/s/ Justin S. Zimmerman_____
THE CAGLE LAW FIRM                            LEWIS BRISBOIS BISGAARD & SMITH LLP
Zane T. Cagle, #_____                  Justin S. Zimmerman, # 6310563
500 North Broadway                            Mark Twain Plaza II, Suite 300
Suite 1605                                    103 W. Vandalia Street
St. Louis, MO 63102                           Edwardsville, Illinois 62025
Attorneys for Plaintiff                       Attorneys for Defendants